COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION

Case number:  01-13-00018-CV

Style:      *Houston Independent School District v. Latasha Rose*

Date motion filed:     April 16, 2013

Party filing motion:    Appellee

Document to be filed: Reply brief


**It is ordered** that appellee's motion for extension of time to file reply brief is **granted**. The reply brief is due by **April 30, 2013**.  The appeal's submission date remains the same.  Appellee's reply brief will be considered post-submission.


Judge's signature: /s/ Jane Bland
       Jane Bland
       Acting individually

       Panel consists of Justices Jennings, Bland, and Massengale.


Date: April 17, 2013